**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-1992**

───────────

TELETIA TAYLOR,

             Plaintiff - Appellant,

      v.

OAK FOREST HEALTH AND REHABILITATION, LLC; ARDENT HEALTH AND
REHABILITATION CO; BEYSTONE HEALTH AND REHABILITATION CO;
SANSTONE HEALTH AND REHABILITATION; UNITED HEALTHCARE
SERVICES, INCORPORATED, d/b/a United Healthcare Insurance
Company,

             Defendants - Appellees.

───────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:11-cv-00471-CCE-LPA)

───────────

Submitted: January 22, 2015          Decided: January 26, 2015

───────────

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Teletia Taylor, Appellant Pro Se.  Patrick McQuillan Aul,
Matthew Justin Gray, YOUNG MOORE & HENDERSON, PA, Raleigh, North
Carolina; Daniel Alter, Shari Gerson, Jeffrey T. Kuntz,
GARYROBINSON, P.A., Fort Lauderdale, Florida; Donald Joseph
O'Brien, III, Jennifer Kay Van Zant, BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD LLP, Greensboro, North Carolina, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teletia Taylor appeals the district court's order dismissing her complaint as a sanction for her failures to comply with court orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Oak Forest Health & Rehab., LLC, No. 1:11-cv-00471-CCE-LPA (M.D.N.C. Sept. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED